"UNDER SEAL"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:20 cr 70-KDB |
| | ) | |
| | ) | **BILL OF INDICTMENT** |
| v. | ) | |
| | ) | Violation: 18 U.S.C. § 922(g)(1) |
| | ) | |
| TREVIN ALI BROWN | ) | **UNDER SEAL** |
| | ) | |

FILED
CHARLOTTE, NC
SEP 16 2020
US DISTRICT COURT
WESTERN DISTRICT OF NC

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Possession of a Firearm by a Convicted Felon)*

On or about May 26, 2020, in Catawba County, within the Western District of North Carolina, and elsewhere, the defendant,

**TREVIN ALI BROWN,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, an EDC, model EDC-15, 5.56 caliber rifle, in and affecting commerce; in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO**
*(Possession of a Firearm by a Convicted Felon)*

On or about June 16, 2020, in Catawba County, within the Western District of North Carolina, and elsewhere, the defendant,

**TREVIN ALI BROWN,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a Sig Sauer, model SIGM400, multi-caliber rifle, a Smith and Wesson, model SW40GVE, .40 caliber pistol, and an Anderson Manufacturing, model AM-15, multi-caliber rifle in and affecting commerce; in violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE**

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d) because they were involved in, used, or intended to be used in the violation alleged in this bill of indictment. The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

(a) an EDC, model EDC-15, 5.56 caliber rifle;

(b) a Sig Sauer, model SIGM400, multi-caliber rifle
(c) a Smith and Wesson, model SW40GVE, .40 caliber pistol
(d) an Anderson Manufacturing, model AM-15, multi-caliber rifle ; and
(e) ammunition seized during the investigation.

A TRUE BILL

FOREPERSON

R. ANDREW MURRAY
UNITED STATES ATTORNEY

LAMBERT GUINN
ASSISTANT UNITED STATES ATTORNEY